Friday, May 13, 2011

Misc. No. 11–8027/NA.   In Re Justin H. McMurrin, Petitioner v. The Honorable Ray Mabus, Secretary of the Navy, and Commanding Officer, Naval Consolidated

Brig, Charleston, Respondents. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(a) on this date.